UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
(NORTHERN DISTRICT)

| | |
|---|---|
| ANTHONY FRANCHI, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>GRAMERCY PROPERTY TRUST, et al.,<br><br>Defendants. | No. 1:18-cv-01842-ELH<br><br>CLASS ACTION |
| MAREK T. MADRY, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>GRAMERCY PROPERTY TRUST, et al.,<br><br>Defendants. | No. 1:18-cv-01851-ELH<br><br>CLASS ACTION |
| RAUL HURTADO, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>GRAMERCY PROPERTY TRUST, et al.,<br><br>Defendants. | No. 1:18-cv-02711-ELH<br><br>CLASS ACTION |

**DECLARATION OF DANA W. MCKEE IN SUPPORT OF MOTION FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF LEAD PLAINTIFF'S SELECTION OF LEAD COUNSEL**

1466718_1

I, Dana W. McKee, declare as follows:

1. I am attorney licensed to practice in Maryland and am a partner of Brown, Goldstein & Levy LLP, local counsel for proposed lead plaintiff Raul Hurtado in the above-captioned actions. I make this Declaration in support of Mr. Hurtado's Motion for Consolidation, Appointment as Lead Plaintiff, and Approval of Lead Plaintiff's Selection of Lead Counsel.

2. Attached are true and correct copies of the following exhibits:

Exhibit A: Notice of pendency of class action published on *PR Newswire* on July 2, 2018;

Exhibit B: Mr. Hurtado's Certification; and

Exhibit C: Robbins Geller Rudman & Dowd LLP firm résumé.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 31st day of August, 2018.

s/ Dana W. McKee<br>
DANA W. McKEE