FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2018 NOV 20 PM 4: 07

CLERK'S OFFICE
AT BALTIMORE

BY_____DEPUTY

UNITED STATES DISTRICT COURT

DISTRICT OF MARYLAND

| | |
|---|---|
| RAUL HURTADO, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> GRAMERCY PROPERTY TRUST, et al., <br><br> Defendants. | No. 1:18-cv-02711-ELH <br><br> <u>CLASS ACTION</u> |

**JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO ANSWER OR RESPOND TO COMPLAINT UNTIL AFTER APPOINTMENT OF LEAD PLAINTIFF AND APPROVAL OF LEAD COUNSEL**

1492245_2

WHEREAS, plaintiff Raul Hurtado ("Plaintiff") filed a purported class action complaint in the above-captioned matter on August 31, 2018 ("Complaint") (ECF No. 1);

WHEREAS, the claims asserted in the Complaint in this action are governed by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), 15 U.S.C. §77z-1 *et seq.*, which provides a procedure for the appointment by the Court of lead plaintiff(s) and lead counsel to represent the putative class pursuant to motion practice;

WHEREAS, Plaintiff has filed a motion for appointment as lead plaintiff and for approval of lead counsel, which unopposed motion is currently pending before the Court[1]; and

WHEREAS, the parties have agreed to a schedule that extends defendants' time to respond to the Complaint until after a lead plaintiff(s) has been appointed and an amended complaint has been filed or the current Complaint is designated as the operative complaint.

IT IS HEREBY STIPULATED AND AGREED, by Plaintiff and by defendants Allan J. Baum, Z. Jamie Behar, Charles E. Black, Gordon F. DuGan, Thomas D. Eckert, James L. Francis, Gregory F. Hughes, Jeffrey E. Kelter, and Louis P. Salvatore (collectively, the "Individual Defendants"), Gramercy Property Trust, and Morgan Stanley & Co. LLC (together with the Individual Defendants, "Defendants"), through their respective undersigned counsel, as follows:

1. The Individual Defendants agree to save the expense of serving a summons and Complaint(s) in this case. The Individual Defendants retain all defenses or objections to the lawsuit,

---

[1] At the time the Plaintiff filed his motion, there were two related actions pending in this Court, and one related action pending in the United States District Court for the Southern District of New York (the "New York Action"). In his motion, the Plaintiff asked the Court to consolidate the three actions pending in this Court and advised the Court that he had filed a motion for appointment as lead plaintiff and for approval of lead counsel in the New York Action. Subsequently, the plaintiffs in all of the other related actions voluntarily dismissed their actions.

- 1 -

1492245_2

the Court's jurisdiction, and the venue of the action, but agree to waive any objections to the absence of a summons and of service;

2. Defendants shall not be required to answer or otherwise respond to the Complaint, and each hereby is expressly relieved from answering or otherwise responding to the Complaint, except as provided for herein at Paragraph 4;

3. If Plaintiff is appointed lead, Plaintiff shall file an amended complaint, if any, not later than 30 days from the date of the appointment by the Court of lead plaintiff and lead counsel;

4. Defendants shall file their answers, motions to dismiss, or otherwise respond in this action not later than 45 days from the date of the filing of an amended complaint or 45 days from receipt of notice from the appointed lead plaintiff that no amended complaint will be filed, whichever is later;

5. Appointed lead plaintiff's opposition briefs to any motions to dismiss shall be filed not later than 45 days from the filing of Defendants' motions;

6. Any reply briefs in support of Defendants' motions to dismiss shall be filed not later than 30 days from the filing of the appointed lead plaintiff's opposition briefs; and

7. Except as described in Paragraph 1, nothing herein shall be deemed to constitute a waiver of, and defendants do not waive, and expressly preserve, all arguments and defenses in the above-captioned action.

DATED: November 20, 2018     BROWN, GOLDSTEIN & LEVY LLP
DANA W. McKEE (04447)
JOSEPH B. ESPO (07490)

/s/
―――――――――――――――
DANA W. McKEE

- 2 -

1492245_2

        120 E. Baltimore Street, Suite 1700
        Baltimore, MD 21202
        Telephone: 410/962-1030
        410/385-0869 (fax)
        dwm@browngold.com
        jbe@browngold.com

Local Counsel for Plaintiff

ROBBINS GELLER RUDMAN
  & DOWD LLP
DAVID T. WISSBROECKER
EUN JIN LEE
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)
dwissbroecker@rgrdlaw.com
elee@rgrdlaw.com

JOHNSON FISTEL, LLP
W. SCOTT HOLLEMAN
99 Madison Avenue, 5th Floor
New York, NY 10016
Telephone: 212/802-1486
212/602-1592 (fax)
scotth@johnsonfistel.com

Counsel for Plaintiff

DATED: November 20, 2018    DLA PIPER LLP (US)
        JAMES D. MATHIAS
        DAVID CLARKE, JR.
        BENJAMIN D. SCHUMAN

        */s/ David Clarke, Jr.*
        _____
        DAVID CLARKE, JR.

- 3 -

1492245_2

The Marbury Building
6225 Smith Avenue
Baltimore, Maryland 21209
Telephone: 410-580-3000
james.mathias@dlapiper.com
david.clarke@dlapiper.com
ben.schuman@dlapiper.com

Counsel for Gramercy Property Trust and the Individual Defendants

SIMPSON THACHER & BARTLETT LLP
CRAIG S. WALDMAN
JONATHAN K. YOUNGWOOD

425 Lexington Avenue
New York, NY 10017
Telephone: (212) 455-2000
cwaldman@stblaw.com

Of Counsel for Gramercy Property Trust

WACHTELL, LIPTON, ROSEN & KATZ
WILLIAM SAVITT
COURTNEY L. SHIKE

51 West 52nd Street
New York, NY 10019
Telephone: (212) 403-1000
wdsavitt@wlrk.com
clshike@wlrk.com

Of Counsel for the Individual Defendants

DATED: November 20, 2018

TYDINGS & ROSENBERG LLP
JOHN B. ISBISTER (Federal Bar No. 00639)
EMELIA N. HALL (Federal Bar No. 19978)

/s/
_____
JOHN B. ISBISTER
Signed by Joseph B. Espo w/ permission of John B. Isbister

- 4 -

1492245_2

One East Pratt Street
Suite 901
Baltimore, Maryland 21202
Telephone: 410-752-9700
Facsimile: 410-727-5460
jisbister@tydingslaw.com
ehall@tydingslaw.com

SHEARMAN & STERLING LLP
ALAN GOUDISS (admitted *pro hac vice*)
PAULA ANDERSON (admitted *pro hac vice*)
599 Lexington Avenue
New York, NY 10022
Telephone: 212-848-4000
Facsimile: 212-848-7179
agoudiss@shearman.com
paula.anderson@shearman.com

Counsel for Morgan Stanley & Co. LLC

IT IS SO ORDERED.

DATED: 11/20/18

THE HONORABLE ELLEN L. HOLLANDER
UNITED STATES SENIOR DISTRICT JUDGE

- 5 -

1492245_2