**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)**

| | |
|---|---|
| RAUL HURTADO, Individually and on Behalf of All Others Similarly Situated,<br><br>    Plaintiff<br><br>    v.<br><br>GRAMERCY PROPERTY TRUST, *et al*.<br><br>    Defendants | Case No. 1:18-cv-02711-ELH |

### DEFENDANTS GRAMERCY PROPERTY TRUST, ALLAN J. BAUM, Z. JAMIE BEHAR, CHARLES E. BLACK, GORDON F. DUGAN, THOMAS D. ECKERT, JAMES L. FRANCIS, GREGORY F. HUGHES, JEFFREY E. KELTER, AND LOUIS P. SALVATORE'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT

Defendants Gramercy Property Trust ("Gramercy" or the "Company"), Allan J. Baum, Z. Jamie Behar, Charles E. Black, Gordon F. Dugan, Thomas D. Eckert, James L. Francis, Gregory F. Hughes, Jeffrey E. Kelter, and Louis P. Salvatore (collectively the "Individual Defendants" and together with Gramercy the "Defendants") respectfully request that this Court dismiss with prejudice the complaint filed by Plaintiff Raul Hurtado ("Plaintiff") for failure to state a claim upon which relief may be granted. The grounds for this motion are set forth fully in the accompanying memorandum in support. A proposed Order is attached.

/s/
James D. Mathias (Bar No. 06311)
David Clarke, Jr. (Bar No. 02177)
Benjamin D. Schuman (Bar No. 28829)
DLA PIPER LLP (US)
The Marbury Building
6225 Smith Avenue
Baltimore, Maryland 21209
(410) 580-3000 (telephone)
(410) 580-3001 (facsimile)

james.mathias@dlapiper.com
david.clarke@dlapiper.com
ben.schuman@dlapiper.com

*Counsel for Gramercy Property Trust and the Individual Defendants*

**OF COUNSEL:**

Jonathan K. Youngwood (admitted *pro hac vice*)
Craig S. Waldman (admitted *pro hac vice*)
Jonathan S. Kaplan (*pro hac vice* motion forthcoming)
SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, NY  10017
Telephone:  (212) 455-2000
jyoungwood@stblaw.com
cwaldman@stblaw.com
jonathan.kaplan@stblaw.com

*Of Counsel for Gramercy Property Trust*

William Savitt (*pro hac vice* motion forthcoming)
Courtney Shike (*pro hac vice* motion forthcoming)
WACHTELL, LIPTON, ROSEN & KATZ
51 West 52nd Street
New York, NY 10019
Telephone:  212-403-1000
Facsimile:   212-403-2000
wdsavitt@wlrk.com
clshike@wlrk.com

*Of Counsel for the Individual Defendants*