IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

| | |
|---|---|
| RAUL HURTADO, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>GRAMERCY PROPERTY TRUST, et al.,<br><br>Defendants. | Case No. 1:18-cv-02711-ELH<br><br>(Hearing Requested) |

## DEFENDANT MORGAN STANLEY & CO. LLC'S MOTION TO DISMISS

Defendant Morgan Stanley & Co. LLC ("Morgan Stanley") pursuant to Federal Rule of Civil Procedure 12(b)(6) and U.S. District Court for the District of Maryland Local Rule 105, hereby moves to dismiss the claim against Morgan Stanley in the Complaint filed by Plaintiff, Raul Hurtado ("Motion to Dismiss"). The grounds and authorities in support of this Motion to Dismiss are set forth in the accompanying Memorandum of Law, and exhibits thereto, which are incorporated herein by reference.

Pursuant to U.S. District Court for the District of Maryland Local Rule 105.6, Morgan Stanley respectfully requests a hearing on this Motion to Dismiss.

WHEREFORE, Morgan Stanley respectfully requests that the Court grant this Motion to Dismiss.

[*signatures on following page*]

April 25, 2019                                    Respectfully submitted,

                                                  /s/ John B. Isbister
John B. Isbister (Bar No. 00639)
Emelia N. Hall (Bar No. 19978)
**TYDINGS & ROSENBERG LLP**
One East Pratt Street
Suite 901
Baltimore, MD 21202
Telephone: (410) 752-9700
Fax: (410) 727-5460
jisbister@tydingslaw.com
ehall@tydingslaw.com

Alan S. Goudiss (admitted *pro hac vice*)
Paula H. Anderson (admitted *pro hac vice*)
**SHEARMAN & STERLING LLP**
599 Lexington Avenue
New York, NY 10022
Telephone: (212) 848-4000
Fax: (212) 848-7179
agoudiss@shearman.com
paula.anderson@shearman.com

*Attorneys for Defendant Morgan Stanley & Co. LLC*

2

## **CERTIFICATE OF SERVICE**

I hereby certify that true and correct copies of the foregoing Memorandum of Law In Support of Morgan Stanley & Co. LLC's Motion to Dismiss and exhibits thereto were electronically filed on April 25, 2019 with the Clerk of the Court, who will then send an electronic notice of filing (NEF) to the counsel for the parties of record in this action.

/s/ Emelia Hall
Emelia Hall