IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

RAUL HURTADO, *et al.*,
   *Plaintiffs*

v().

GRAMERCY PROPERTY TRUST, *et al.*,
   *Defendants.*

Civil Action No. ELH-18-2711

## ORDER

For the reasons set forth in the accompanying Memorandum Opinion, it is this 4th day of December, 2019, by the United States District Court for the District of Maryland, **ORDERED**:

1) The Gramercy Motion (ECF 26), is GRANTED;

2) The Morgan Stanley Motion (ECF 27), is GRANTED; and

3) The CLERK is directed to close this case.

/s/
Ellen L. Hollander
United States District Judge