**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

Chambers of                                                          101 West Lombard Street
**Ellen Lipton Hollander**                                  Baltimore, Maryland 21201
District Court Judge                                                   410-962-0742

December 20, 2019

MEMORANDUM TO COUNSEL

      Re:    *Hurtado v. Gramercy Property Trust, et al.*,
              Civil Action No. ELH-18-2711

Dear Counsel:

The Editorial Staff at West Publishing recently advised me that it has selected the Court's Memorandum Opinion of December 4, 2019 (ECF 40) for publication in the Federal Supplement.

In the course of reviewing the Memorandum Opinion for purposes of print publication, I have made a handful of non-substantive, typographical corrections. The revised version will be docketed.

I reiterate that the substance of the Memorandum Opinion has not been altered. The Order (ECF 41), issued on December 4, 2019, is unchanged.

Very truly yours,

_____/s/_____

Ellen Lipton Hollander
United States District Judge